Argued and submitted December 20, 1991, reversed and remanded with instructions to dismiss indictments February 12, 1992

STATE OF OREGON,
*Respondent,*

*v.*

TERRI JOHNSON,
*Appellant.*

(90C-20597; CA A68013 (Control))

STATE OF OREGON,
*Respondent,*

*v.*

ALLEN EUGENE JOHNSON,
*Appellant.*

(90C-20596; CA A68015)
(Cases Consolidated)

823 P2d 1053

Eric R. Johansen, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for respondent. On the brief were Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Cynthia A. Forbes, Assistant Attorney General, Salem.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM